UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOUIS MILTON WILMORE JR.,

    Plaintiff,

Case No. 16-cv-10475
Hon. Matthew F. Leitman

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____/

## **JUDGMENT**

For the reasons stated in the Order issued on this date, it is ORDERED and ADJUDGED that Defendant's Motion for Summary Judgment is GRANTED, Plaintiff's Motion for Summary Judgment is DENIED, and the Commissioner's decision is AFFIRMED.  This case is hereby DISMISSED in its entirety with prejudice.

                                s/Matthew F. Leitman
                                MATTHEW F. LEITMAN
                                UNITED STATES DISTRICT JUDGE

Dated:  February 27, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 27, 2017, by electronic means and/or ordinary mail.

                                s/Holly A. Monda
                                Case Manager
                                (313) 234-5113